AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| CAMILO IGNACIO VIVAS SANCHEZ | ) | 6:23-mj-1338 |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **March 7, 2022** in the county of **Orange** in the **Middle** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2114(a) | Assault and Robbery of a USPS Mail Carrier |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Jeffrey Starnes, Postal Inspector
Printed name and title

Sworn to before me and signed in my presence.

Date: March 31, 2023

_____
Judge's signature

City and state: Orlando, FL

CELESTE F. BREMER, U.S. Magistrate Judge
Printed name and title

**STATE OF FLORIDA**            Case No. 6:23-mj-1338

**COUNTY OF ORANGE**

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT

I, Jeffrey Starnes, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an arrest warrant for CAMILO VIVAS SANCHEZ ("SANCHEZ"), for violations of 18 U.S.C. §§ 2114(a) and 2 (aiding and abetting in the assault and robbery of a USPS Mail Carrier).[1]

2. I am a United States Postal Inspector with the United States Postal Inspection Service ("USPIS") and have been since 2016. Prior to my employment with the USPIS, I was a Special Agent for the United States Secret Service ("USSS") from 2005 to 2015. In my capacity as a United States Postal Inspector, I investigate allegations of criminal fraud involving the use of the United States Mail. As a United States Postal Inspector and previously as a Special Agent for the USSS, I have gained

---

[1] Per Eleventh Circuit Pattern Jury Instructions, the elements of a violation under 18 U.S.C. § 2114(a) are:

(1) the defendant intentionally took from the person described in the indictment any mail matter or any other money or any other property of the United States then in the lawful charge, control or custody of that person;

(2) the defendant took the property against the victim's will, by means of force and violence OR by means of intimidation; and

(3) while committing the robbery, the defendant wounded the person described in the indictment OR jeopardized the life of the person described in the indictment by using a dangerous weapon.

training and experience investigating mail fraud, wire fraud, bank fraud, identity theft, credit card fraud, counterfeit securities and currency, false identification documents, and other types of fraud. Additionally, I have participated in search and seizure operations dealing with the foregoing criminal offenses.

3. The information in this affidavit is based upon my personal knowledge, information obtained from other law enforcement personnel, information obtained from corporate investigators, and information obtained from financial and other banking institutions. The information set forth in this affidavit is provided solely for the purpose of establishing probable cause in support of the criminal complaint. Because this affidavit is submitted for the limited purpose of establishing such probable cause, it does not include all the details of this investigation of which I am aware.

## PROBABLE CAUSE

### A. *March 7, 2022 Mail Carrier Robbery*

4. On March 7, 2022, the USPIS was notified at approximately 1:20 p.m. that a United States Postal Service ("USPS") mail carrier (the "Victim") had just been robbed at the Oak Grove Apartments located in Orlando, FL ("Oak Grove"). The Victim was on duty in his USPS issued uniform delivering mail to the residents of the Apartments. The Victim suffered a concussion and a scalp hematoma and had to be intubated as a result of the injuries he sustained during the robbery. This robbery is hereinafter referred to as the "Mail Carrier Robbery."

5. During an interview on March 8, 2022, the Victim stated that the Victim was sitting in their USPS mail truck when the first robber (believed to be SANCHEZ)

2

stepped into the truck, demanded the Victim's arrow key,[2] and attempted to pull the key off of the Victim's belt. The first robber (SANCHEZ) pulled so forcefully that he pulled the Victim out of the mail truck. According to the Victim, the first robber (SANCHEZ) was male and wore a blue "hoodie" sweatshirt. After being pulled out of the mail truck, the Victim then felt something hard strike the back of the Victim's head, causing the Victim to fall to the ground. The Victim saw the second robber (later identified as Jesus Rafael Rojas ("Rojas")),[3] who was wearing a red "hoodie," put what the Victim believed to be a firearm in his (Rojas's) rear waistband. The Victim stated that the two robbers (together, the "Robbers") then ran in different directions. According to the Victim, he/she could only see the Robbers' eyes because the Robbers both wore "hoodie" sweatshirts and masks.

6. Below is a picture of an USPS arrow key, much like the arrow key that was stolen during the instant robbery.



---

[2] Arrow keys are USPS proprietary keys that are serialized. They grant access to various types of mail collection receptacles usually for a specific zip code(s) that make up a geographic area. No person outside of the USPS is authorized to be in possession of an arrow key.

[3] Rojas was indicted in the case captioned *United States v. Jesus Rafael Rojas*, Case No 6:22-cr-00193. On March 3, 2023, Rojas pleaded guilty in that case to charges relating to the Mail Carrier Robbery referenced herein.

7. On March 25, 2022, mail was stolen from four communities (collectively, the "Target Communities"), all less than about two miles from Oak Grove where the robbery of the Victim occurred. The arrow key stolen during the Mail Carrier Robbery is capable of opening the mailboxes in the Target Communities.

**B.** *Identification of Rojas (Robber 2) and "Benzo"*

8. On the day of the Mail Carrier Robbery, law enforcement obtained video surveillance footage (the "Surveillance Video") from a resident of Oak Grove. The Surveillance Video shows two individuals walking near the area of the crime scene minutes before the robbery occurred. Below are still shots of the Surveillance Video. The individual in the red sweatshirt is now known to be Rojas (Robber 2). The individual in the blue sweatshirt is believed to be SANCHEZ (Robber 1).



4





9. In March 2022 and April 2022, three sources provided information regarding the robbery. Specifically, after viewing the Surveillance Video, Sources 1 and 2 stated that they knew Robber 2 (in the red sweatshirt) to be Rojas and identified his Instagram profiles.[4] According to Sources 1 and 2, Rojas was involved with stolen

---

[4] In an attempt to identify the robbers and further the robbery investigation, UPSIS created reward posters seeking information related to the robbery. The Sources viewed one such reward poster, recognized Robber 2, and reached out to law enforcement. To date, neither of the Sources have been provided with any type of reward (monetary or otherwise).

checks and he offered people money to use their bank accounts to deposit the stolen checks.[5] The Sources further stated that Rojas worked with an individual known as "Benzo" who was involved in altering stolen checks. According to the Sources, Benzo recruited people who have bank accounts. Source 1 later stated that he/she received information that Rojas and the other robber were paid $1,000 each by Benzo for the Stolen Arrow Key. According to Source 3, when Source 3 showed Rojas the USPIS reward poster, Rojas admitted to Source 3 that he (Rojas) was one of the men who robbed the mail carrier; that the robbery was planned; and that they stole a key from the carrier.[6]

10. A review of Rojas's Instagram "followers" showed one of the followers had the Instagram account "benzosteadyswipin." On April 25, 2022, I reviewed the Instagram profile for "benzosteadyswipin" and observed numerous pictures and videos suggesting that the user of the "benzosteadyswipin" profile was likely involved in fraud. Specifically, images showed the individual from the "benzosteadyswipin" profile picture with substantial amounts of cash and jewelry. Other images showed

---

[5] In my experience, individuals who steal arrow keys use the keys to steal the mail within mail receptacles. Individuals involved in these crimes will often alter stolen checks and other financial instruments to reflect a different recipient than intended. Further, in my experience, individuals involved in mail theft will often recruit other individuals for the use of their bank accounts. Often, the name of a recruited bank account holder will be used as the fraudulent new recipient listed on an altered check. Thus, after the criminal conspirators have altered the check, they can deposit it in the bank account of the recruited bank account holder and withdraw funds.

[6] As explained below, Rojas has pleaded guilty and admitted to his involvement in the Mail Carrier Robbery.

6

numerous debit cards and identification cards. Images also showed that "benzosteadyswipin" was used to recruit individuals for the use of their bank accounts.

11. Through investigation with the Orlando Police Department and Orange County Sheriff's Office, I identified the individual shown in the profile picture of "benzosteadyswipin" as Jayden Alexander Baez ("Baez"). Baez's Florida driver's license showed the same person that was depicted in the profile picture of "benzosteadyswipin." Investigation later showed that Baez died on April 27, 2022.

### C. Communications Between Baez, Rojas (Robber 2), and/or SANCHEZ

12. Following Baez's (a/k/a Benzo) death in April 2022, the Osceola County Sheriff's Office obtained a search warrant for cell phones found inside the vehicle Baez was occupying.[7] One of those phones was identified as an iPhone with phone number XXX-XXX-9468 (the "Baez Phone"), which was the same phone number associated with the "benzosteadyswipin" account per the search warrant return records provided by Instagram. A review of the Baez Phone showed information related to the Mail Carrier Robbery.

13. Between February 2022 and April 2022, text message chats occurred between the Baez Phone and phone number XXX-XXX-7880 (the "7880 Phone"). Records show this phone number belongs to AT&T under the subscriber C.V., who is an immediate family member of SANCHEZ. From my review of the chats during that time

---

[7] Baez died during an officer involved shooting in Osceola County, which was unrelated to this case.

7

period, I believe Baez was communicating with SANCHEZ and/or Rojas[8] to discuss the robbery and exchange information about bank accounts and debit cards in the names of other individuals.

14. Specifically, on March 2, 2022 (five days before the Mail Carrier Robbery), at approximately 9:12 p.m., Baez texted the 7880 Phone and asked, "This Camilo?" The user of the 7880 Phone responded "yea." Baez then replied with multiple texts, including: "Call me", "Don't say nun", "Just listen", "Don't tell no one", and "Just listen to what I gotta say." Around the time of the above text chat on March 2, 2022, location records for the 7880 Phone show its approximate location in the vicinity of SANCHEZ's Florida residence in Orlando. "Camilo" is SANCHEZ's first name.

15. On March 5, 2022 (two days before the Mail Carrier Robbery), at approximately 5:42 p.m., the user of the 7880 Phone (who I believe was Rojas at that time) texted Baez "yooo", "where mail man???" Baez responded, "Windermere", "Winter park." Below is a continuation of that chat:

> Rojas – bro if we don't get any today I got postal jere in Kirkman ima look if not its done by tomorrow early
>
> Baez – No mail Tomorrow

---

[8] Based on subscriber information, location data, the context of the conversations, and Rojas's proffer statements, I believe that the 7880 Phone belonged to SANCHEZ, but was used by Rojas at times, including to respond to Baez.

8

>Rojas – okay Monday; Ima do it my onw bro tell z[9] to put more in the table im taking the risk
>
>Baez – I'll put more handle up tho nun comes back to Benzo or z tho
>
>Rojas – what that means
>
>Baez – Get keys

During the above text chat on March 5, 2022, location records for the 7880 Phone show its approximate location in the vicinity of SANCHEZ's Florida residence in Orlando.

16.    On March 7, 2022 (the date of the Mail Carrier Robbery), at approximately 12:18 a.m., Baez texted the 7880 Phone, "Here wya."[10] Rojas texted "where" and "im going dowstairs."

17.    At approximately 1:02 p.m. on the same date (the date of the Mail Carrier Robbery), Baez texted the 7880 Phone, "Yooo" and "What area." At 1:27 p.m. (within minutes of the robbery), Rojas texted a picture, depicting the location of the Mail Carrier Robbery at Oak Grove, as shown below:

---

[9] "Z" or "Zee" is believed to be an alias for another individual involved in the Mail Carrier Robbery.

[10] I know "wya" is shorthand text for "where you at."

9



A continuation of that particular chat is below:

> Baez – Where wallet; And phone; Way; Don't ever talk to me like that
>
> Rojas – bro im just mad asf bro that nigga hit me and camilo[11] DUMB ASF HE RUN THE OTHER WAY; I WAS IN THE CAR WITHOUT Keys and all like shit mad hot
>
> Baez – U good tho vibe; U toook bag or no
>
> Rojas – like you gotta understand that shit just happened and u come to me screaming and shot; he dindt have no bag he had a cest
>
> Baez – What's a cest
>
> Rojas – [*Rojas sent a screenshot of a Google translation for cesta which shows basket*]
>
> Rojas – nigga I had to run like a mile and I was dying, just fell from my bike yesterday
>
> Baez – No id or phone or u throw it somewhere
>
> Rojas – i throw everything bro don't ask shit on the phone bra shit mad ho; what time u coming bro?; pick that im bring it, im out of town for couple days

---

[11] "Camilo" is SANCHEZ's first name.

Baez – Where u going

Rojas – Miami; shit hot bro fr; ima shower and im out, where I pick up my money; v; yoo

Baez – Yo; Zee Mad at me

Rojas - ???; I need my bag bro I got what u asked me for idc bro need that

Baez – We need mail bag and phone and id

Rojas – im out bro fr shit hot asf we got ppl that live in that complex

Baez – He gonna give me less; Imma pay u

Rojas – bro I need what we talked about that's why I done this shit, you cannot change plans the day its done bro, this streets shit after today we lock inn bro this wasn't scaming bro took the risk; no game bro

Baez – Ik but he giving me less but imma pay. U good; I'll take the lose

Rojas – wya?

Rojas – another shit too bro now this nigga saying he going to my fam crib

Baez – Meeting zee

Rojas – nigga; this gotta be word by word bro if not im not working anymore my nigga

Baez – Yo wtf u on; I got ur money; I needed bag with mail; Id and phone; Gotta make it seem like u was robbing him

Rojas – I did it bro ion got the phone I throw all that; I took the little chain too; bro u txting to much shit fr

Baez – Way; Finna pull up on u in a few

Rojas – bet; same place; uo; wya?; my baby momy giving birth

Baez – Yo; Imma make u money

18. During the above text chat on March 7, 2022, location records for the 7880 Phone shows its approximate location at 1:29 p.m. (that is, around the time of the robbery) in the vicinity of the location of the Mail Carrier Robbery. At approximately 1:44 p.m. on March 7, 2022, location records show its approximate location in the vicinity of SANCHEZ's Florida residence in Orlando, Florida. The location of the Mail Carrier Robbery and SANCHEZ's Florida residence are less than three miles apart.[12]

19. On March 30, 2022, at approximately 11:23 a.m., Baez texted the 7880 Phone, "What's ur email", "Asap", "Send it." The user of the 7880 Phone (SANCHEZ) replied, "camilovivass@gmail.com." The user of the 7880 Phone (SANCHEZ) then texted Baez a screenshot shown below, relating to fraud detection on his Wells Fargo debit card ending in 7006 and stated, "i just got that on the email."

---

[12] Location records for the 7880 Phone show that the phone was in Florida until March 13, 2022, when it relocated to the approximate area of Bluffton, South Carolina, which is the location of SANCHEZ's South Carolina residence (his parent's home). The phone was back in Florida by mid-April 2022 and returned to Bluffton, South Carolina in May 2022.

12



20. On March 31, 2022, at approximately 10:10 p.m., the following screenshot was sent from the 7880 Phone to Baez, relating to SANCHEZ's Wells Fargo account ending in 9884:[13]

---

[13] Records were obtained for the Wells Fargo Bank account ending in 9884. The account was opened in January 2021 in Orlando, Florida. SANCHEZ is listed as the sole account holder. The address on the account was updated in February 2022 to SANCHEZ's Orlando, Florida residence. It was later updated in May 2022 to his Bluffton, South Carolina address. Records show the bank account was logged into on February 14, 2022, and March 2,4, and 7, 2022. Records obtained from the internet service provider for the IP addresses showed the service address as SANCHEZ's Orlando, Florida residence. The account was also logged into on

13



### D. Robber 2's Identification of SANCHEZ as Robber 1

21. On January 19, 2023, a proffer was conducted with Rojas (Robber 2), who identified SANCHEZ as Robber 1. A summary of the relevant portions of Rojas's proffer is below.

22. Rojas stated that Baez recruited him (Rojas) and SANCHEZ to rob the mail carrier and steal a USPS arrow key. According to Rojas, on March 7, 2022, after Rojas and SANCHEZ robbed the mail carrier, Rojas and SANCHEZ met Baez and

---

April 2, 2022. Records obtained from the internet service provider for this IP address showed the service address as SANCHEZ's Bluffton, South Carolina residence.

exchanged the arrow key for $1,000 each. Rojas stated that he learned Baez gave the arrow key to "Z" the same day as the Mail Carrier Robbery.[14]

23. According to Rojas, after the robbery, he (Rojas) ran back to where they had parked SANCHEZ's red Toyota Corolla nearby.[15] SANCHEZ, however, ran across the street to a friend's residence with the keys to the Toyota Corolla.[16] Eventually, SANCHEZ came back to the vehicle.

24. Rojas stated that he used SANCHEZ's phone on the day of the Mail Carrier Robbery to text Baez.

25. According to Rojas, SANCHEZ told Rojas that he (SANCHEZ) gave his account information and debit card to Baez who then used the account to commit fraud.[17]

---

[14] While Rojas admitted to robbing the mail carrier with SANCHEZ, he denied the use of a real firearm during the robbery.

[15] Records were obtained for a red Toyota Corolla belonging to SANCHEZ. The records show that SANCHEZ and his father as co-owners of the vehicle, which was registered in South Carolina in 2019. The home address for the vehicle is listed as SANCHEZ's Bluffton, South Carolina residence. Records show that SANCHEZ was pulled over three times while driving this vehicle in Florida in 2021. During a traffic stop on April 25, 2021, SANCHEZ provided officers with the 7880 Phone number.

[16] This is supported by the text excerpt on page 10 of this affidavit, in which Rojas tells Baez around the time of the Mail Carrier Robbery that "camilo DUMB ASF HE RUN THE OTHER WAY; I WAS IN THE CAR WITHOUT Keys...."

[17] Supporting this contention is the fact that, on April 5, 2022, SANCHEZ's physical debit card ending in 7006 for his Wells Fargo Bank account was located in a backpack belonging to Baez. Local police discovered the backpack after it was abandoned near a residence in Windermere, Florida. Also supporting this contention are the Wells Fargo fraud alert screenshots shown above.

### E. Other Evidence Linking Rojas and SANCHEZ

26. The below pictures of Rojas and SANCHEZ were located on Rojas's Instagram account under the username "dicelochu." The pictures were posted in February 2022 (a few weeks prior to the Mail Carrier Robbery).

 

*Figure 1 Sanchez on left, Rojas on the right*   *Figure 2 Sanchez on left, Rojas on right*

27. SANCHEZ's shoes (black with white soles) and pants (black and torn at the knees) appear similar to those worn by Robber 1 (seen in the blue sweatshirt) during the Mail Carrier Robbery. Moreover, SANCHEZ has the same slim and lanky body frame as Robber 1 (seen in the blue sweatshirt) shown below:

16



## CONCLUSION

28. Based on the foregoing, I submit there is probable that Camilo Vivas SANCHEZ committed violations of 18 U.S.C. §§ 2114(a) and 2 (aiding and abetting in the assault and robbery of USPS Mail Carrier).

Respectfully submitted,

Jeffrey Starnes, Postal Inspector
United States Postal Inspection Service

Affidavit submitted by email and attested to me as true and accurate by videoconference consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) this  31  day of March. 2023.

CELESTE F. BREMER
United States Magistrate Judge

17